FORM 9A. Notice of Related Case Information | Form 9A (p. 1) March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 2024-2061

**Short Case Caption** DivX, LLC v. Realtek Semiconductor Corporation

**Filing Party/Entity** Realtek Semiconductor Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Realtek Semiconductor Corporation v. ITC, U.S. Court of Appeals, Federal Circuit, Case No. 23-1095

☐ Additional pages attached

FORM 9A. Notice of Related Case Information                                  Form 9A (p. 2)
                                                                              March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

   > International Trade Commission

   ☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

   > See attached Exhibit A, 7/19/2024 Service List for Case No. 23-1095

   ☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/24/2024                           Signature:  /s/ Theodore J. Angelis

                                           Name:       Theodore J. Angelis

UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

NOTICE OF RELATED CASE INFORMATION

EXHIBIT A

Case Number        2024-2061

Short Case Caption    DivX, LLC v. Realtek Semiconductor Corporation

Filing Party/Entity   Realtek Semiconductor Corporation

3. Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

See attached 7/19/2024 Service List

[Return to Service List Page](#)

**Service List for Case:** 23-1095 Realtek Semiconductor Corporation v. ITC

**Current Associated Cases:** none

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| DUPLICATE | 23-1095 | Email | Active |
| Carl Paul Bretscher<br>United States International Trade Commission<br>Office of the General Counsel<br>Room 707-Q<br>500 E Street SW<br>Washington, DC 20436<br>Email: carl.bretscher@usitc.gov | 23-1095 | Email | Active |
| Samuel Davenport<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>6th Floor<br>Boston, MA 02111<br>Email: sfdavenport@mintz.com | 23-1095 | Email | Active |
| Wayne W. Herrington<br>United States International Trade Commission<br>Office of the General Counsel<br>Suite 614<br>500 E Street SW<br>Washington, DC 20436<br>Email: wayne.herrington@usitc.gov | 23-1095 | Email | Active |
| Matthew A. Karambelas<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>6th Floor<br>Boston, MA 02111<br>Email: makarambelas@mintz.com | 23-1095 | Email | Active |
| William Meunier<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>6th Floor<br>Boston, MA 02111<br>Email: wameunier@mintz.com | 23-1095 | Email | Active |
| Michael Renaud<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>6th Floor<br>Boston, MA 02111<br>Email: mtrenaud@mintz.com | 23-1095 | Email | Active |
| Adam Rizk<br>Mintz Levin<br>42nd Floor<br>One Financial Center<br>Boston, MA 02111 | 23-1095 | Email | Active |

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Email: arizk@mintz.com | | | |
| James M. Wodarski<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>6th Floor<br>Boston, MA 02111<br>Email: jwodarski@mintz.com | 23-1095 | Email | Active |