FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CORRECTED **ENTRY OF APPEARANCE**

**Case Number:** 24-2061

**Short Case Caption:** DivX, LLC v. Realtek Semiconductor Corporation

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| DivX, LLC | |
|---|---|
| **Principal Counsel:** Michael Renaud | Admission Date: 7/23/2003 |
| Firm/Agency/Org.: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | |
| Address: 1 Financial Center, Boston, MA 02111 | |
| Phone: 617.348.1870 | Email: MTRenaud@mintz.com |
| **Other Counsel:** Adam Rizk | Admission Date: 1/7/2019 |
| Firm/Agency/Org.: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | |
| Address: 1 Financial Center, Boston, MA 02111 | |
| Phone: 617.348.4709 | Email: ARizk@mintz.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/26/24

Signature: /s/ Michael T. Renaud

Name: Michael T. Renaud

FORM 8A. Entry of Appearance                                                                                              Form 8A (p.2)
                                                                                                                              July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Matthew A. Karambelas | Admission Date: 3/26/2018 |
|---|---|
| Firm/Agency/Org.: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ||
| Address: 1 Financial Center, Boston, MA 02111 ||
| Phone: 617.348.1831 | Email: MAKarambelas@mintz.com |
| **Other Counsel:** Nana Liu | Admission Date: 3/11/2024 |
| Firm/Agency/Org.: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ||
| Address: 44 Montgomery St # 36, San Francisco, CA 94104 ||
| Phone: 415.432.6004 | Email: NLiu@mintz.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |